CONSTANTINE KORELIS, Appellant, v CONRIV REALTY CORP. Respondent.

Decided September 10, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

CARLA L. MURA, Now Known as CARLA L. PICCARRETO, Appellant, v DAVID JAMES MURA, Respondent. MARK CHAUVIN BEZINQUE et al., Respondents.

Submitted June 15, 2015; decided September 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.

QUINTIN A. NOWLIN, Appellant, v FREDERIKUS P. VANROON et al., Respondents.

Submitted June 29, 2015; decided September 10, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

Judge FAHEY taking no part.